964

No. 496. QUINN, ADMINISTRATRIX, ET AL. *v.* SIMONDS ABRASIVE CO., SUCCESSOR TO ABRASIVE COMPANY OF PHILADELPHIA. C. A. 3d Cir. Certiorari denied. *Ernest Ray White* for petitioners. *Philip Price* for respondent.

No. 680. HARVEY ALUMINUM, INC. ET AL. *v.* AMERICAN CYANAMID CO. ET AL. C. A. 2d Cir. Certiorari denied. *Hyman I. Fischbach* for petitioners. *George S. Leisure* for the American Cyanamid Co. et al., and *Walter C. Lundgren* for the Reynolds Metals Co., respondents.

No. 690. UNITED STATES *v.* ROLLAND. C. A. 5th Cir. Certiorari denied. *Acting Solicitor General Stern* for the United States.

No. 708. FANCHON & MARCO, INC. *v.* PARAMOUNT PICTURES, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Russell Hardy, James Wallace Kemp* and *Henry Schaefer, Jr.* for petitioner. *Homer I. Mitchell* for Paramount Pictures, Inc. et al., and *Gurney E. Newlin* and *Hudson B. Cox* for Twentieth Century-Fox Film Corporation et al., respondents.

No. 716. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY, AND MOTOR COACH EMPLOYEES OF AMERICA, DIVISION No. 1127, ET AL. *v.* SOUTHERN BUS LINES, INC. C. A. 5th Cir. Certiorari denied. *L. Barrett Jones* for petitioners. *Carl B. Callaway* for respondent.

No. 717. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY, AND MOTOR COACH EMPLOYEES OF AMERICA, DIVISION No. 1127, ET AL. *v.* SOUTHERN BUS